UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
16 SEP -9 AM 8: 57

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>vs.<br><br>BENITO ESTRADA (2),<br><br>                             Defendant. | Case No. 15cr1100-MMA<br><br>AMENDED<br>JUDGMENT OF DISMISSAL<br><br>(Correction for Clerical Mistake) |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, with prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense as charged in the Information:

    8:1324(a)(1)(A)(ii), (v)(II) and (a)(1)(B)(i)

Dated: 9/6/2016

Hon. Nita L. Stormes
United States Magistrate Judge